# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID & ELIZABETH TIERNEY**, Plaintiffs, | : : : | |
| v. | : : | Civil No. 5:24-cv-04400-JMG |
| **UNITED STATES OF AMERICA**, Defendant. | : : | |

## ORDER

**AND NOW**, this 13th day of December, 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 7) and Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss (ECF No. 8), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 7) is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge